**Order entered October 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01196-CV

**IN THE INTEREST OF J.L.H., A CHILD**

**On Appeal from the 330th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 93-2714-Y**

# ORDER

We **DENY** appellant's September 5, 2013 motion to abate or stay the appeal.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE